# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| TIMOTHY M. SHILLING, | : No. 93 WAL 2020 |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| PAULA SUE SHILLING, | : |
| Respondent | : |
| PAULA S. SHILLING, | : No. 94 WAL 2020 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| TIMOTHY M. SHILLING, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.